UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANTHONY F. HOLSTICK,

    Petitioner,

v.                                     Case No. 5:10-cv-115-Oc-23GRJ

WARDEN, FCC COLEMAN-USP II,

    Respondent.
_____/

**ORDER**

    Holstick moves (Doc. 6) for leave to appeal in forma pauperis from the denial of his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Holstick's motion for leave to appeal in forma pauperis (Doc. 6) is **DENIED** because Holstick's appeal is not taken in good faith. Holstick must either obtain permission from the circuit court to proceed in forma pauperis or pay the $455.00 appellate filing fee. See McIntosh v. United State Parole Comm., 115 F.3d 809, 812 (10th Cir. 1997) (Petitioner must demonstrate "the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal").

    ORDERED in Tampa, Florida, on June 4, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE